*Monday, April 5, 1999*

## MOTION DOCKET

**99–437. State v. Hanning.**

Franklin App. No. 98AP–380. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay of court of appeals' judgment be, and

hereby is, granted.

IT IS FURTHER ORDERED by the court that bond be set at $100,000 and that said bond be filed in accordance with App.R. 7(B).

F.E. Sweeney, Pfeifer and Cook, JJ., dissent.

## MISCELLANEOUS DISMISSALS